UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AKIA BROWN,

    Defendant.

_____/

Case No. 24-20667

Honorable Denise Page Hood

## ORDER GRANTING DEFENDANT'S MOTION TO ALLOW TRAVEL WHILE ON PRE-TRIAL BOND [ECF NO. 97]

Before the Court is Defendant Akia Brown's Motion to Allow Travel During Pre-trial Bond. [ECF No. 97]. Brown is currently on supervised release; therefore, she must not knowingly leave the jurisdiction of this district without permission of the Court or her probation officer. Brown seeks to travel to the Bahamas via cruise ship to celebrate her daughter's graduation. *Id*. at PageID.326. Brown will fly from Atlanta to Miami on July 16, 2025, and return on July 21, 2025. *Id*. Brown will board a carnival cruise ship on July 17, 2025, and return on July 21, 2025, at 8:00 a.m. *Id*. at PageID.327.  Neither the Government nor the Probation Department oppose Brown's motion.

In light of the foregoing,

IT IS SO ORDERED that Defendant's Motion to Allow Travel While on Pre-trial Bond [ECF No. 97] is GRANTED.

IT IS FURTHER ORDERED that Defendant shall continue to comply with all conditions of her supervised release while abroad.

IT IS FURTHER ORDERED that Defendant is allowed to have her passport returned to her temporarily. Defendant may receive her passport 48 hours prior to the trip. Defendant shall return her passport within 48 hours of her return or no later than July 23, 2025, at 4:00 p.m.

SO ORDERED.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: July 15, 2025